# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24MC00063

| |
|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE 8TH COMMERCIAL COURT OF FIRST INSTANCE IN ISTANBUL, TURKEY IN THE *MATTER OF ROYAL-FEN KIMYA TARIM LTD. V. AKBANK T.A.Ş.* |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

NOW COMES Dena J. King, United States Attorney for the Western District of North Carolina, by the undersigned Assistant United States Attorney, Gill P. Beck, and petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Gill P. Beck, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Wells Fargo Bank, N.A. Certain information has been requested by the 8th Commercial Court of First Instance in Istanbul, Turkey ("Turkish Court"), pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned *Royal-Fen Kimya Tarim Ltd. v. Akbank T.A.Ş.*, Foreign Reference Number 2019/298.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Respectfully submitted, this 16th day of May, 2024.

                                             DENA J. KING
                                             UNITED STATES ATTORNEY

                                             **s/Gill P. Beck**
                                             GILL P. BECK
                                             ASSISTANT UNITED STATES ATTORNEY

1

N.C. State Bar No. 13175
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Phone: (828) 271-4661
Fax: (828) 271-4327
Email: Gill.Beck@usdoj.gov