**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:24-MC-00063-MOC-SCR**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE 8TH COMMERCIAL COURT OF FIRST INSTANCE IN ISTANBUL, TURKEY IN THE *MATTER OF ROYAL-FEN KIMYA TARIM LTD. V. AKBANK T.A.Ş.*

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the 8th Commercial Court of First Instance in Istanbul, Turkey, in *Royal-Fen Kimya Tarim Ltd. v. Akbank T.A.Ş.,* Foreign Reference Number 2019/298, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A., for use in connection with a judicial proceeding in the 8th Commercial Court of First Instance in Istanbul, Turkey; and

WHEREAS upon review of the Letter of Request issued by the 8th Commercial Court of First Instance in Istanbul, Turkey in *Royal-Fen Kimya Tarim Ltd. v. Akbank T.A.Ş.*, seeking evidence from an entity that may be found within the jurisdiction of this Court for use in said judicial proceedings in Turkey, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) of the Federal Rules of Civil Procedure that Gill P. Beck, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank, N.A. for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the 8th Commercial Court of First Instance

in Istanbul, Turkey in *Royal-Fen Kimya Tarim Ltd. v. Akbank T.A.Ş.*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo Bank, N.A. in Charlotte, North Carolina, with a copy of this Order and the accompanying documents.

**SO ORDERED**.

Signed: May 21, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge